# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No.: 4:94-297-6 |
| | ) | |
| vs. | ) | |
| | ) | |
| Patrick L. Harris, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 6, 2005, the defendant filed a motion under 18 U.S.C. § 3582(c)(2) seeking a reduction in sentence pursuant to Amendment 591 of the United States Sentencing Guidelines. On May 16, 2005, this Court denied the motion. On June 2, 2005, the defendant filed a motion for reconsideration. This matter is now before the Court for disposition.

In interpreting motions for reconsideration, the Fourth Circuit Court of Appeals has recognized that there are only "three grounds for amending an earlier judgment: (1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Pacific Ins. Co. v. American Nat. Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998).

Here, the defendant has not advanced any argument warranting the relief sought. The defendant was convicted on drug charges unrelated to protected locations or underage or pregnant individuals and, therefore, may not receive a reduction of his sentence based on Amendment 591, which addresses said issues.

The Court therefore denies the defendant's motion for reconsideration and hereby upholds its previous ruling.

**AND IT IS SO ORDERED**.

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

June 7, 2005
Charleston, South Carolina